## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*June 2, 2006*

[Cite as *06/02/2006 Case Announcements*, 2006-Ohio-2722.]

### MERIT DECISIONS WITHOUT OPINIONS

2006–1029. In re Disqualification of Martin.
This cause is pending before the court upon appellant's notice of appeal from a decision under R.C. 2701.03. Whereas this court lacks jurisdiction to hear an appeal from proceedings under that statute,
    IT IS ORDERED by the court that this cause is dismissed sua sponte.
    MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

### MOTION AND PROCEDURAL RULINGS

2006–1007. State ex rel. Cruzado v. Zaleski.
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration thereof,
    IT IS ORDERED by the court, sua sponte, that an alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X.
    The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file his brief within 10 days of the filing of the evidence; respondent shall file his brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 7 days after the filing of respondent's brief.

### MISCELLANEOUS DISMISSALS

2006–0982. Watson v. Collins.
Noble App. No. 05NO327. This cause is pending before the court as an appeal from the Court of Appeals for Noble County. Upon consideration of appellant's application for dismissal,
    IT IS ORDERED by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.